UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ahmed A., | Civ. No. 25-4776 (JWB/DJF) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and Eric Klang, *Sheriff of Crow Wing County*, | ORDER |
| Respondents. | |

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Ahmed A. (Doc. No. 1 ("Petition")) by no later than **January 1, 2026,** certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer must include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

    c. Respondents' recommendation on whether an evidentiary hearing

        should be conducted; and

    d.    Respondents' answer shall address whether the legal issues presented in this case—regarding the source of detention authority and the lawfulness of continued custody—are materially different from those addressed in *Eliseo A.A. v. Olson*, No. 25-CV-3381 (JWB/DJF), 2025 WL 2886729 (D. Minn. Oct. 8, 2025), or *Mayamu K. v. Bondi*, No. 25-3035 (JWB/LIB), Doc. No. 226 (D. Minn. Oct. 20, 2025), and, if so, explain how.

3.    If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **January 5, 2026**.

4.    Petitioner's motion for an order to show cause (Doc. No. 2) is **GRANTED** to the extent it is consistent with the briefing schedule set by this Order.

**SO ORDERED.**

Date: December 29, 2025

                                                *s/ Jerry W. Blackwell*
                                                JERRY W. BLACKWELL
                                                United States District Judge