# UNITED STATES DISTRICT COURT
## District of Minnesota

Ahmed Sharif Ali,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Klang,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04776-JWB-DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Ahmed A.'s petition for a writ of habeas corpus (Doc. No. 1) is GRANTED.
2. Respondents shall immediately release Petitioner from custody, subject to the conditions of his August 2022 Order of Release on Recognizance.
3. Respondents shall confirm Petitioner's release within 48 hours from the date of this Order.
4. Respondents may not re-detain Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.
5. Petitioner's other claims are not reached.

Date: 1/7/2026

KATE M. FOGARTY, CLERK